**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:18-cv-504-T-17CPT | DATE: | October 29, 2018 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| PILAR DAVILA | | **LANGUAGE:** | |
| v. | | **PLAINTIFF'S COUNSEL** William Gadd | |
| WALMART STORES, INC. | | **DEFENSE COUNSEL** Amy Turci (via telephone) | |
| **COURT REPORTER:** | NOT RECORDED | **DEPUTY CLERK:** | Eric Calderon |
| | | **LAW CLERK:** | Anne Arsenault |
| **TIME:** 1:00 p.m. – 4:16 p.m. | **TOTAL:** 3/16 | **COURTROOM:** | 10B |

**PROCEEDINGS:**   SETTLEMENT CONFERENCE

Settlement conference held.

The hearing will be continued.

Date to be determined.