UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PILAR DAVILA,

    Plaintiff,

v.

WAL-MART STORES INC.,

    Defendants.

CASE NO.: 8:18-cv-00504-EAK-CPT

## JOINT NOTICE OF SETTLEMENT

Plaintiff Pilar Davila and Defendant Wal-Mart Stores, Inc., pursuant to Local Rule 3.08, respectfully submit this Joint Notice of Settlement to advise the Court that the parties have reached a resolution to this action. The parties are finalizing that resolution and anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days.

Respectfully submitted this 20th day of December, 2018.

| | |
|---|---|
| /s/ W. John Gadd | /s/ Amy R. Turci |
| W. John Gadd | Amy R. Turci |
| Florida Bar Number 463061 | Florida Bar Number 0349630 |
| wjg@mazgadd.com | aturci@fordharrison.com |
| | |
| Bank of America Building | FORD**HARRISON**LLP |
| 2727 Ulmerton Road, Suite 250 | 225 Water Street, Suite 710 |
| Clearwater, Florida 33762 | Jacksonville, Florida 32202 |
| Telephone: (727) 524-6300 | Telephone: (904) 357-2000 |
| | Facsimile: (904) 357-2001 |
| Attorney for Plaintiff | Attorneys for Defendant |

WSACTIVELLP:9903805.1